# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MARK ANTHONY RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>SHERBURNE COUNTY JAIL,<br><br>Defendant. | Case No. 23-CV-3663 (NEB/JFD)<br><br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION |

The Court has received the February 7, 2024 Report and Recommendation of United States Magistrate Judge John F. Docherty. (ECF No. 20.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 20) is ACCEPTED;

2. Defendant's Motion to Dismiss (ECF No. 4) is GRANTED;

3. Plaintiff's Responsive Memorandum in Support of Motion for Summary Judgment (ECF No. 19) is DENIED as moot; and

4. The action is DISMISSED for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 12, 2024                              BY THE COURT:

                                                   s/Nancy E. Brasel
                                                   Nancy E. Brasel
                                                   United States District Judge